# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131035(74)

HARVEY GRACE,
        Plaintiff-Appellant,

v

BRUCE LEITMAN and BRUCE
LEITMAN, P.C.,
        Defendants-Appellees.

_____

SC: 131035
COA: 257896
Oakland CC: 2002-045572-NM

       On order of the Chief Justice, the by plaintiff-appellant for extension of the time for filing his brief on appeal is considered and, it appearing the brief was filed June 27, 2007, the time for filing is extended to that date.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 12, 2007

Clerk